NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

VIRGILIO PLANTILLA,                          )
                                             )
      Appellant/Cross Appellee,              )
                                             )
v.                                           )          Case No. 2D18-976
                                             )
LUK VONGPRACHANH,                            )
                                             )
      Appellee/Cross Appellant.              )
_____)

Opinion filed January 2, 2019.

Appeal from the Circuit Court for Pinellas
County; Thane B. Covert and Keith Meyer,
Judges.

Ingrid Anderson, Clearwater, for
Appellant/Cross Appellee.

Raymond T. Elligett, Jr. and Shirley T.
Faircloth, of Buell & Elligett, P.A., Tampa,
for Appellee/Cross Appellant.


PER CURIAM.


      Affirmed.


KHOUZAM, SLEET, and BADALAMENTI, JJ., Concur.